**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

S.L.L., : No. 106 MAL 2015
:
Petitioner : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
v. :
:
:
:
K.N.D., :
:
Respondent :

**ORDER**

**PER CURIAM**

　　**AND NOW**, this 12th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.